IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TYRELLE MITCHELL, | |
|---|---|
| *Petitioner,* | |
| v. | CIVIL ACTION NO. 6-821 |
| LOUIS FOLINO *et al.*, | |
| *Respondents.* | |

## ORDER

**AND NOW**, this 30th day of July, 2019, upon consideration of the Supplemental Report and Recommendation filed by United States Magistrate Judge David Strawbridge, (ECF No. 132), and Tyrelle Mitchell's objections thereto, (ECF No. 134), it is hereby **ORDERED** that:

1. Mitchell's objections are **OVERRULED** and Magistrate Judge Strawbridge's Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Mitchell's Petition for a Writ of *Habeas Corpus* is **DENIED** and **DISMISSED**;

3. No certificate of appealability shall issue and

4. The case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.